UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRK SAINTCALLE,

        Petitioner,

v.

DANIEL WHITE,

        Respondent.

Case No. C15-0156-BJR-MAT

ORDER GRANTING PETITIONER'S MOTION TO AMEND HABEAS PETITION

This is a 28 U.S.C. § 2254 habeas action. Petitioner has moved for leave to file an amended habeas petition. Dkt. 21. Respondent did not file an opposition brief. Having considered petitioner's motion, the balance of the record, and the governing law, the Court finds and ORDERS:

(1) Petitioner's motion to amend his habeas petition, Dkt. 21, is GRANTED.

(2) Petitioner shall file his amended petition **within 14 days** of the date of this Order.

(3) Respondent shall file his answer **within 45 days** of the date of this Order. As part of such answer, respondent shall state whether petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary.

(4) The answer will be treated in accordance with LCR 7. Accordingly, on the face of

ORDER GRANTING PETITIONER'S
MOTION TO AMEND HABEAS
PETITION - 1

1 | the answer, respondent shall note it for consideration on the fourth Friday after filing.  Petitioner
2 | may file a response not later than the Monday immediately preceding the Friday designated for
3 | consideration of the matter, and respondent may file a reply not later than the noting.

(5) The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 22nd day of June, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO AMEND HABEAS
PETITION - 2