# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIRK SAINTCALLE,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

Case No. C15-0156-BJR-MAT

ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

This is a 28 U.S.C. § 2254 habeas action. Respondent's answer was due on August 7, 2017. On August 1, 2017, respondent filed an unopposed motion requesting an extension of time until September 8, 2017 to file an answer. (Dkt. 24.) Finding good cause, the Court GRANTS respondent's motion (Dkt. 24), and ORDERS respondent to file an answer on or before September 8, 2017. The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 10th day of August, 2017.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER - 1